UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OSCAR DANTZLER, *Plaintiff* | * * * | CIVIL ACTION<br>NO: 22-2211 |
| VERSUS | * * | SECTION: "M" (1) |
| UNITED STATES DEPARTMENT<br>OF JUSTICE, ET AL.,<br>*Defendants* | * * * * * | JUDGE BARRY W. ASHE<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## ORDER OF RECUSAL

Given that the plaintiff has named the undersigned as a defendant in this civil action and considering that it has been determined that the captioned civil action involves all or part of the same subject matter or operative facts of a lower-numbered action pending in Section M Division 2 of this Court (*Dantzler v. Tangipahoa Parish School Board, et al,* Case No. 20-2960), see Rec. Doc. 3,

Pursuant to the provisions of 28 U.S.C. §455(a) and §455(b) and Local Rule 3.1.1, the undersigned hereby recuses herself from handling the above-captioned matter and the Clerk is directed to re-allot the matter to Section M Division 2.

New Orleans, Louisiana, this 26th day of July, 2022.

July 26, 2022
**REALLOTTED TO**
**MAG 2**

_____
Janis van Meerveld
United States Magistrate Judge