UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OSCAR DANTZLER | * | CIVIL ACTION |
| VERSUS | * | NO. 22-2211 |
| UNITED STATES DEPARTMENT OF JUSTICE, ET AL. | * | SECTION "I" (2) |

## ORDER

Having reviewed the complaint, the applicable law, and the Magistrate Judge's Findings and Recommendation, the Court approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that Government's Motion to Dismiss[1] is granted and that Plaintiff's claims against Merrick Garland, individually and in his capacity of U.S. Attorney General, are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction;

**IT IS FURTHER ORDERED** that Plaintiff's Ex Parte/Consent Motion to Dismiss[2] is **GRANTED** and that Plaintiff's claims against Cashe Coudrain & Bass LLP, Andre Coudrain (individually and in his capacity as an attorney), Ashley Edwards Bass (individually and in her capacity as an attorney), Indigo K. Diekmann (individually and in her capacity as an associate attorney), and Jamie Polozola Gomez (individually and in her capacity as an associate attorney) and their unidentified agents one through five are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 30th day of September, 2022.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. No. 5
[2] Rec. Doc. No 10