UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OSCAR DANTZLER | * | CIVIL ACTION |
| VERSUS | * | NO. 22-2211 |
| UNITED STATES DEPARTMENT OF JUSTICE, ET AL. | * | SECTION "I" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Oscar Dantzler's claims against Claiborne W. Brown, the last remaining Defendant in this matter, are **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 4(m) and FED. R. CIV. P. 41(b).

New Orleans, Louisiana, this 31st day of January, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE